# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kaitlin Franke

                              Plaintiff,

v.                                                                Case No.: 1:20–cv–06774
                                                                        Honorable John Z. Lee

Trustwave Holdings, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable John Z. Lee: The Court is informed that the parties have reached a settlement and request additional time to memorialize the terms. To allow the parties time to do so, this case is dismissed without prejudice. The dismissal shall become with prejudice in 30 days with each side to bear its own costs and fees. Either side can seek to reinstate the case prior to that time. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.